IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.: 3:25cr350-MOC |
| v. | **BILL OF INDICTMENT** |
| VICTORIA KORDA | Violation: 18 U.S.C. § 115(a)(1)(B) |

THE GRAND JURY CHARGES:

**COUNT ONE**
*(Threatening to Murder a Federal Judge)*

On or about November 25, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

VICTORIA KORDA,

did threaten to murder a United States judge, L.K., of the District of Hawaii, with intent to impede, intimidate, and interfere with L.K. while L.K. was engaged in the performance of her official duties and with the intent to retaliate against L.K. on account of the performance of her duties; in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

DAVID W. KELLY
ASSISTANT UNITED STATES ATTORNEY